# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Dolores Sanchez De Gomez

V.

Robin Baker , John Garzon, John Morton,
Janet Napolitano, Eric Holder

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10cv652-JM(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants the motion to dismiss the Petition as moot. The Clerk of Court is instructed to close the file....................................................................................................................................................................
.............................................................................................................................................

| July 30, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk
ENTERED ON July 30, 2010

10cv652-JM(JMA)